AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania ▾

| | |
|---|---|
| SHENZHEN JI'AN HEALTH TECHNOLOGY CO., LTD., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 25-cv-457

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOPKIDON and all other Defendants identified in the Operative Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Mitchell
Whitewood Law PLLC
57 W. 57th Street
Floor 3 and 4
New York, NY 10019
414-405-3073

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

04/04/2025

*Jamey Napoleon*

*Date*                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-457

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served Defendants identified on Schedule A to the Complaint using email addresses provided by third parties shown in Exhibit A attached. I included a link to a website where I uploaded the Complaint, Summons, and other court documents.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date:  ___04/16/2025___

*Michael Mitchell*
_____
*Server's signature*

Michael Mitchell (Attorney)
_____
*Printed name and title*

57 W. 54th Street, 3rd and 4th Floors
New York, NY, 10019
_____
*Server's address*

Additional information regarding attempted service, etc: